NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Vitalijus Polikarpovas, | ) | No. CV06-1623-PHX-SRB |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Bruno Stolic, | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on June 27, 2006 claiming that there was no probable cause that he was "identified as the person who committed the alleged offense in Lithuania." On August 1, 2006, Respondent filed its answer to Petitioner's Petition for Writ of Habeas Corpus and Petitioner filed his reply on October 10, 2006. On October 26, 2006, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2  as the order of this Court.
3   IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied.
4   IT IS FURTHER ORDERED that the stay of extradition issued July 17, 2006 is lifted.
5   IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

7   DATED this 11th day of December, 2006.

_____
Susan R. Bolton
United States District Judge